107 A.3d 748

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Roland A. SPOTTI, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Jan. 5, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of January, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is as follows:

642

Whether the Superior Court's decision substantially reduces, or virtually eliminates, the distinction between civil and criminal causation?